UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 2743 PERIMETER PARKWAY, BUILDING 100, SUITE 320 AUGUSTA, GA 30909 | Case No. 1:15MJ40 |

### ORDER

The Court having considered the Government's Motion to Seal, hereby GRANTS the motion and ORDERS that the search warrant and its related papers, the motion of the Government, and this Order by SEALED until further order of the Court.

This 14th day of December, 2015.

_____
Brian K. Epps
United States Magistrate Judge
Southern District of Georgia

**SEALED AND IMPOUNDED**