UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 APR 28  A 10: 06

CLERK _____
SO. DIST. OF GA.

| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH ANTHONYRWILLIAMS@ME.COM THAT IS STORED AT PREMISES CONTROLLED BY APPLE, INC. | Case No. 1:15-MJ-40 |

## ORDER

The Court having considered the Government's Motion to Seal, hereby GRANTS the motion and ORDERS that the search warrant and its related papers, the motion of the Government, and this Order by SEALED until further order of the Court.

This 28th day of April, 2016.

_____
Brian K. Epps
United States Magistrate Judge
Southern District of Georgia

**SEALED AND IMPOUNDED**