FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 JUN 23 P 2: 05

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 2743 PERIMETER PARKWAY, BUILDING 100, SUITE 320 AUGUSTA, GA 30909 | |
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH QUADAR@COMCAST.NET THAT IS STORED AT PREMISES CONTROLLED BY COMCAST CORPORATION | |
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH CALVIN.LAWYER@CRECGROUP.US AND CALVIN.LAWYER@CREC-CORP.COM THAT IS STORED AT PREMISES CONTROLLED BY GODADDY.COM, INC. | Case No. 1:15-MJ-40 |
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH ANTHONYRWILLIAMS2@VERIZON.NET THAT IS STORED AT PREMISES CONTROLLED BY VERIZON COMMUNICATIONS | |
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH ANTHONYRWILLIAMS@ME.COM THAT IS STORED AT PREMISES CONTROLLED BY APPLE, INC. | |

## ORDER

Upon motion of the United States for an order unsealing the Search Warrants,

Applications, and Supporting Affidavits filed on or about December 14, 2015, January

13, 2016, and April 28, 2016, together with any Motions to Seal and Orders sealing

said documents in the above-referenced matter, and good cause appearing therefor, the investigation of the Defendants will no longer be compromised by the unsealing of the documents and that the materials will be provided to defense counsel as part of discovery, it is hereby,

ORDERED that the Government's motion is GRANTED. The Search Warrants, Applications, and Supporting Affidavits filed on or about December 14, 2015, January 13, 2016, and April 28, 2016, together with any Motions to Seal and Orders sealing said documents in the above-referenced matter, are hereby UNSEALED.

This 23rd day of June, 2017.

Hon. Brian K. Epps
United States Magistrate Judge
Southern District of Georgia